1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11    EDWARD LEE HENDERSON,                    ) NO. CV 10-02875 RGK (SS)
                                               )
12                       Petitioner,           )
                                               )
13              v.                             )            **JUDGMENT**
                                               )
14    C.D.C.R., ET AL.,                        )
                                               )
15                       Respondents.          )
      _____)

16

17

18          Pursuant to the Court's Order Adopting Findings, Conclusions and

19    Recommendations of United States Magistrate Judge,

20

21          IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22    with prejudice.

23

24          DATED:  JUN 2 8 2010

25                                              _____
                                                R. GARY KLAUSNER
26                                              UNITED STATES DISTRICT JUDGE

27

28